UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. SANFORD, | No. 2:22-cv-01225-DAD-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff requests leave to file an amended complaint in accordance with the court's November 3, 2022 screening order. In an abundance of caution, the court will grant plaintiff a 45-day extension of time, which should afford him ample time to prepare and file an amended complaint.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted.

---

[1] The court notes that filing an amended complaint should not require extensive materials or research. Nor should it include legal citations or unnecessarily detailed factual allegations. The court notes further that it is not a repository for plaintiff's evidence and he need not file documentary evidence in support of his claims unless it is necessary for the resolution of a motion.

1

2. Plaintiff is granted forty-five days from the service of this order in which to file an amended complaint in accordance with the court's November 3, 2022 screening order.

Dated: December 1, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE