IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT L. SANFORD,**<br><br>                                Plaintiff,<br><br>            **v.**<br><br>**KATHLEEN ALLISON, STEPHANIE WELCH, Does 1-5,**<br><br>                                Defendants. | Case No. 2:22-cv-01225-DAG-EFB<br><br>**[~~PROPOSED~~] ORDER** |

On July 11, 2023, this Court granted Plaintiff thirty days to further amend his complaint. (ECF No. 13.)  Defendant Allison requests an extension of time until September 9, 2023, thirty days after Plaintiff's deadline to amend his complaint.  If Plaintiff amends his complaint, Defendant Allison requests that the Court screen the amended complaint under 28 U.S.C. § 1915A and grant her thirty days to file a responsive pleading to the operative complaint, once screening is complete.

/ / /

/ / /

/ / /

1    Good cause having been shown, the request is hereby GRANTED.  Defendant Allison's

2  responsive pleading is due September 9, 2023.  If Plaintiff amends his complaint, the deadline for

3  Defendant Allison to file her responsive pleading is extended until thirty days after screening is

4  complete.

5    IT IS SO ORDERED

6

7

8  Dated:  July 17, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE