UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. SANFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-01225-DAD-EFB (PC)<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983.  He seeks an extension of time to file an amended complaint.  ECF No. 24.  The court GRANTS plaintiff's motion for extension of time; the amended complaint shall be filed on or before October 6, 2023.

Defendants Allison and Diaz's responsive pleading is due thirty days after plaintiff's deadline to file his amended complaint.  If plaintiff files an amended complaint, the deadline for defendants to file their responsive pleading is extended until thirty days after screening is complete.

The Clerk of the Court shall terminate ECF Nos. 24 and 26.

So ordered.

Dated: August 30, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE