1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERT L. SANFORD,                    No.  2:22-cv-01225-DAD-EFB (PC)

12              Plaintiff,                   ORDER ADOPTING IN FULL FINDINGS
                                             AND RECOMMENDATIONS AND
13       v.                                  DISMISSING PLAINTIFF'S CLAIMS
                                             BROUGHT AGAINST CERTAIN
14    KATHLEEN ALLISON, et al.,              DEFENDANTS

15              Defendants.                  (Doc. No. 33)

16

17

18        Plaintiff Robert Sanford is a state prisoner proceeding *pro se* in this civil rights action

19    brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

20    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On December 19, 2023, the assigned magistrate judge issued findings and

22    recommendations recommending that plaintiff's claims for retaliation brought against defendants

23    Martinez, Esporza, Oviedo, Narranjo, and Tyson (collectively, "the retaliation defendants") be

24    dismissed without leave to amend, and that plaintiff's claims brought against defendant Stephanie

25    Welch be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).  (Doc.

26    No. 33 at 7.)  Specifically, the magistrate judge concluded that plaintiff had failed to sufficiently

27    allege that any adverse action had been taken by the retaliation defendants.  (*Id.* at 3.)  The

28    magistrate judge also concluded that because plaintiff had failed to serve defendant Stephanie

                                        1

Welch, and because plaintiff had failed to show good cause for that failure, that defendant Welch must be dismissed from this action without prejudice.  (*Id.* at 4–5); *see also* Fed. R. Civ. P. 4(m).

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (Doc. No. 33 at 8.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on December 19, 2023 (Doc. No. 33) are adopted in full;

2.    Plaintiff's claims for retaliation brought against defendants Martinez, Esporza, Oviedo, Narranjo, and Tyson are dismissed without leave to amend;

3.    Plaintiff's claims brought against defendant Stephanie Welch are dismissed without prejudice;

4.    The Clerk of the Court is directed to update the docket to reflect that defendant Stephanie Welch has been terminated from this action; and

5.    This matter is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **March 14, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2