UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. SANFORD, <br><br> Plaintiff, <br><br> v. <br><br> KATHLEEN ALLISON, et al., <br><br> Defendants. | No. 2:22-cv-01225-DAD-EFB (PC) <br><br><br> <u>ORDER</u> |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On December 20, 2023, defendants Allison and Diaz filed their motion to dismiss.  ECF No. 36.  On January 16, 2024, defendant Cates filed his motion for summary judgment and a motion to stay discovery.  ECF Nos. 39, 40.  Plaintiff has not filed an opposition or statement of non-opposition to any of these three motions.  E.D. Cal. L.R. 230(*l*).

Accordingly, it is ORDERED that, within 30 days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to each of the pending motions:  (1) the motion to dismiss filed by defendants Allison and Diaz; (2) the motion for summary judgment filed by defendant Cates; and (3) the motion for a stay of discovery filed by defendant Cates.  The Clerk of Court is directed to send copies of ECF Nos. 36, 39, and 40 to plaintiff.  Failure to comply with this order may result in waiver of opposition to the motions or dismissal of this action. Fed. R. Civ. P. 41(b).

Dated: June 13, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1